IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CONCORD RETAIL PARTNERS, L.P. | ) | Case No. 08-17600 (JKF) |
| | ) | |
| Debtor. | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND PAPERS

PLEASE TAKE NOTICE that Benesch, Friedlander, Coplan & Aronoff LLP hereby enters its appearance as proposed counsel to the Official Committee of Unsecured Creditors in the above-captioned case pursuant to 11 U.S.C. § 1109(b) and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure; and hereby requests that copies of all notices and pleadings given or filed in this case be given and served upon the following:

Bradford J. Sandler, Esquire
Jennifer R. Hoover, Esquire
Benesch, Friedlander, Coplan & Aronoff LLP
222 Delaware Avenue, Suite 801
Wilmington, DE 19801
302-442-7010 (telephone)
302 442-7012 (facsimile)
bsandler@beneschlaw.com
jhoover@beneschlaw.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-referenced case and the proceedings therein.

Dated:  December 17, 2008

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP

/s/ Bradford J. Sandler
Bradford J. Sandler, Esquire (No. 77463)
Jennifer R. Hoover, Esquire (No. 87910)
222 Delaware Ave., Suite 801
Wilmington, DE 19801
302-442-7010 (telephone)
302-442-7012 (facsimile)

Proposed Counsel to the Official Committee of Unsecured Creditors

3200032_1